IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JERRY NELSON, as personal representative of the estate of Eddie Lee Nelson, Jr., and MICHELE DUSHANE, as surviving spouse,     *

           Plaintiffs,

v.

OFFICER KEYVON SELLERS, NURSE KIMBERLY BRAXTON, and CORRECTHEALTH, LLC,

           Defendants.

Case No. 4:20-CV-213-CDL

## **J U D G M E N T**

Pursuant to the jury verdict dated January 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Defendants shall recover costs of this action.

This 17th day of January, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk